IN THE SUPREME COURT OF TEXAS

 No. 08-0696

 The University of Texas Southwestern Medical Center at Dallas, Petitioner,
 v.
 Larry M. Gentilello, M.D., Respondent

 On Petition for Review

ORDERED:

 1. Petitioner's emergency motion to reinstate statutory stay and
vacate court of appeals' order lifting stay, filed October 1, 2008, is
granted in part. All trial court proceedings in Cause No. 07-05675, styled
Larry M. Gentilello, M.D. v. The University of Texas Southwestern Health
Systems, a/k/a UT Southwestern Health Systems and The University of Texas
Southwestern Medical Center at Dallas, in the 162nd District Court of
Dallas County, Texas, are stayed pending further order of this Court.
 2. The petition for review remains pending before this Court.

 Done at the City of Austin, this October 02, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk